**FILED**

Kenneth Chong (CA SBN: 192830)
Yoonju Kim (CA SBN: 249415)
Law Offices of Kenneth Chong
Professional Corporation
3600 Wilshire Blvd, Ste. 1210
Los Angeles, California 90010
Phone:(213)381-6100 Fax:(213)381-6166
kenc@kchonglaw.com
yoonk@kchonglaw.com
**Defendant EXPUNGEMENT ASSISTANCE SERVICES, Inc.**

2009 JUN -4  AM 10: 37

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY:_____ dq

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION-SANTA ANA COURTHOUSE

**LAW OFFICES OF MATHEW HIGBEE ,** a California Corporation,

Plaintiff,

vs.

**EXPUNGEMENT ASSITANCE SERVICES,** a Kentucky Corporation

Defendants.

) Case No.: **SACV09-651 MLG**
)
) [ORANGE COUNTY SUPERIOR COURT
) CASE NO. 30-2009-00116928
) CASE FILED ON JAN 06, 2009
) CASE ASSIGNED TO: Hon. ROBERT J. MOSS
) DEPT.: C23 ]
)
)
)
) **NOTICE OF REMOVAL OF ACTION**
) **UNDER 28 USC §1441(a)**
) **(DIVERISTY)**
)
)
)
)
)



**TO THE CLERK OF THE ABOVE ENTITLED COURT;**

　　PLEASE TAKE NOTICE THAT  Defendant EXPUNGEMENT ASSISTANCE SERVICES, Inc.("EAS") hereby removes this action from the Superior Court of the State of California, County of Orange, to the United States District Court for the Central District of California and sets for the in support of its Notice of Removal of Action the following;

　　1.　On January 6, 2009, an action was commenced in the Superior Court of the State of California, County of Orange, entitled <u>Law Offices of Mathew K Higbee v.</u>

Expungement Assistance Services as Case No. 30-2009-00116928. True and correct copies of the complaint (the "Complaint") and summons in that action are attached here to as Exhibit A and B, respectively.

2. The case has been assigned to Judge Honorable ROBERT J. MOSS of Department C 23 of Orange County Superior Court of California.

3. Defendant was served Summons and Complaint on May 5, 2009 at 523 Wellington Way, Lexington, KY 40503. Therefore, this notice is timely under 28 USC §1446(b).

4. Defendant EAS would like to remove this case to federal court on the ground of diversity.

5. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332m and is one which may be removed to this Court by defendant pursuant to the provisions of 28 USC § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6. The amount of controversy is over $75,000 because 1) Defendant has 225 California customers on average every year 2) Defendant charges a customer $99 for its product. Thus, its average gross sale from California amounts to $22,275 per year, 3) Defendant's business is currently very strong and Defendant will continue this business indefinitely, 4) Plaintiff is seeking permanent injunction against Defendant from selling Defendant's products in California, 5) if the injunction is granted by court, Defendant would lose "lucrative transactions" in amount over $75,000 in California, In Re Brand Name Prescription Drugs Antitrust Litig. ,123 F. 3d 599, 610(7th Cir. 1997), and 6) therefore, the value of injunction that Plaintiff is seeking, is over $75,000. BEM I, LLC v. Anthropologie, Inc., 301 F.3d 548, 553(7th Cir. 2002).

7. Defendant is informed and believes that Plaintiff, Law Offices of Matthew Higbee, was, and still is, a corporation duly authorized to do business in the State of

California. A true and correct copy of California Business Search is attached hereto as Exhibit C.

8.  Defendant Expungement Assistance Service, Inc, which was erroneous identified as Kentucky Corporation in Plaintiff's Complaint, was and is a corporation at all relevant times duly incorporated under the laws of the State of Delaware, having its principal place of business in the state of Kentucky.  A true and correct copy of Delaware Entity Search is attached hereto as Exhibit D. Declaration of Brian Poe. Defendant Expungement Assistance Services, Inc. is the only defendant that has been served summons and complaint in this action.

9.   Removal to this Court is proper as the Superior Court of the Sate of California, County of Orange, where this action was originally filed, is located within this district.

10. Defendant is concurrently filing a copy of this Notice of Removal with the Court of the Clerk of the Superior Court of the State of California, County of Orange, pursuant to 28 U.S.C. § 1446(d).  Counsel for Defendant certifies that it will give notice of same to Counsel for Plaintiff.


Respectfully submitted,


Dated: June 1, 2009

KENNETH CHONG
YOONJU KIM
ATTORNEY FOR DEFENDANT
EXPUNGEMENT ASSISTANCE SERVICES, Inc.

### DECLARATION OF BRIAN POE

I, Brian Poe, declare as follows;

1. I am CEO of Expungement Assistance Service, Inc., Defendant in this case, and EAS Technologies, LLC. I have personal knowledge of the everyday business of Defendant and EAS Technologies, LLC.

2. Defendant Expungement Assistance Service, Inc. is a Delaware Corporation incorporated in Delaware in 2006. Defendant EAS is duly authorized to do business in the State of Kentucky. In 2008, it formed Deleo World LLC, a Kentucky Limited Liability Company. One of its subsidiaries is EAS Technologies LLC, a Kentucky Limited Liability Company. EAS Technologies LLC owns the website clearmyrecord.com.

3. Neither Defendant nor any of its subsidiaries has set an office in the state of California. There is no Defendant's employee, servant, or agent in California.

4. Defendant's principal place of business is located at 523 Wellington Way, Lexington , KY 40503.

5. On May 5, 2009, Defendant was served Summons and Complaint entitled Law Offices of Mathew K Higbee v. Expungement Assistance Services as Case No. 30-2009-00116928 at its office, 523 Wellington Way, Lexington, KY 40503.

6. The website, clearmyrecord.com, is being operated and maintained within the State of Kentucky.

7. Defendant offers an automated self- help package to general public nationwide who want to remove their past criminal records. The self-help package includes necessary forms and instructions.

8. Since its inception, Defendant has helped 567 customers from California, which makes 225 California customers every year. Generally, Defendant charges a customer $99 for Defendant's service. Thus, the annual gross sale from California amounts to approximately $22,275(225 x $99). Defendant's business is strong and Defendant will continue this business indefinitely.

1  I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE

2  UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT AND THAT

3  THIS DECLARATION WAS EXECUTED THIS 1ᵗ day of June, 2009 AT

4  LEXINTON, KENTUCKY.

Brian Poe, Declarant

# EXHIBIT A

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| MATHEW HIGBEE 241380<br>1901 NEWPORT BLVD SUITE 350<br>COSTA MESA, CA 92617 | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>CENTRAL JUSTICE CENTER |

TELEPHONE NO. 714  361-1967       FAX NO. 966  594-7049
ATTORNEY FOR (Name): Law Offices of Mathew Higbee

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: Santa Ana, CA 92701
CITY AND ZIP CODE:
BRANCH NAME: Central Justice Center

**JAN 06 2009**

ALAN CARLSON Clerk of the Court

BY_____E VELOZ_____DEPUTY

CASE NAME:
Law Offices of Mathew Higbee v  Expungement Assistance Services

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: 30-2009 |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter    [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE **0 0 1 1 6 9 2 8**<br>DEPT |

JUDGE ROBERT J. MOSS DEPT C23

Items 1–6 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[X] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition (not specified above) (43)

2. This case [X] is  [X] is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
a. [ ] Large number of separately represented parties       d. [ ] Large number of witnesses
b. [ ] Extensive motion practice raising difficult or novel      e. [ ] Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve              in other counties, states, or countries, or in a federal court
c. [ ] Substantial amount of documentary evidence         f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a.[X] monetary   b.[X] nonmonetary; declaratory or injunctive relief   c.[X] punitive
4. Number of causes of action (specify):
5. This case [ ] is  [X] is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date:

MATHEW   HIGBEE
(TYPE OR PRINT NAME)                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 (Rev. June 1, 2007)

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

1  MATHEW K. HIGBEE (S.B. #241380)
   LAW OFFICES OF MATHEW HIGBEE
2  1901 Newport Blvd.
   Suite 350
3  Costa Mesa, CA 92627
   Telephone:   (714) 361-1967
4  Facsimile:   (866) 554-7049

5  Attorney for Plaintiff

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JAN 06 2009

ALAN CARLSON Clerk of the Court

BY_____E. VELOZ_____DEPUTY

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                            COUNTY OF ORANGE

10                                            30-2009

11  LAW OFFICES OF MATHEW HIGBEE        CASE NO.
    a California Corporation,                   0 0 1 1 6 9 2 8
12                                     ASSIGNED FOR ALL PURPOSES TO:
              Plaintiff,
13                                     COMPLAINT FOR: (1)
         v.                            INTERFERENCE WITH ECONOMIC
14                                     ADVANTAGE; (2) UNFAIR
    EXPUNGEMENT ASSISTANCE             COMPETITION AND BUSINESS
15  SERVICES, a Kentucky Corporation,  PRACTICES

16            Defendant.
                                       JUDGE ROBERT J. MOSS
17                                          DEPT. C23

18

19          Plaintiff Law Offices of Mathew Higbee by and through its undersigned

20  counsel, hereby sues Defendant, Expungement Assistance Services, Inc, and alleges as

21  follows:

22                        **VENUE AND JURISDICTION**

23          1.    This is an action against Defendant for injunctive relief and damages

24  under Civil Code section 17200 and for interference with economic advantage.

25          2.    Law Offices of Mathew Higbee is a California corporation with its

26  principal place of business in Orange County California

27          3.    Expungement Assistance Services is a Kentucky corporation with its

28  principal place of business in Lexington Kentucky and has affiliate locations in California

1

COMPLAINT

4.     Expungement Assistance Services does extensive advertising directed at California and purports to offers services to be performed in California courts.

5.     Venue is proper in Orange County California in usurpation of a corporate business opportunity, tortious interference, unfair business practices, and other wrongful acts alleged herein occurred in Orange County, California.

## GENERAL ALLEGATIONS

6.     Expungement Assistance Services is not a law firm or authorized to practice law in any state. Expungement Assistance Services has engaged in the unauthorized practice of law, as set forth by California Business and Professions Code section 6125, by advertising and providing legal advice for a fee in California. Their representatives and website purport to tell people which legal remedies a person is eligible for, what rights and privileges are obtained by those remedies, what legal instruments to use to achieve those goals, that their attorneys will prepare or review a person's court filings, and other acts that constitute the unauthorized practice of law.

7.     Expungement Assistance Services has engaged in unfair, deceptive, untrue and misleading advertising by making the impossible claim to be able to remove criminal records from all public databases. They have misstated the benefits of legal remedies, examples include saying that that once a record is expunged in California pursuant to California Penal Code 1203.4 that it can never be used against a person and firearm rights are restored. They have falsely claimed to provide the services of a law firm by having a team of "experienced attorneys and counselors highly trained in expungement" work on a person's case. They have engaged in deceptive practices by selling expungement services to people who are not eligible for expungement and then giving them a different legal remedy or no service at all. These actions by Expungement Assistance Services usurped opportunities for Plaintiff to properly serve clients and resulted in harm to the public and lost revenue to Plaintiff in an amount to be determined at trial.

8.     Expungement Assistance Services sent threatening letters to attorneys under contract with Law Offices of Mathew Higbee with the intent to disrupt the business relationship. The letters made false statements of law and fact about Law Offices of Mathew Higbee, including the claim that Law Offices of Mathew Higbee have defamed or libeled Expungement Assistance Services.

9.     Expungement Assistance Services sent letters threatening the web hosting service provider used by Law Offices of Mathew Higbee. The letters made false statements of law and fact about Law Offices of Mathew Higbee, including the claim that Law Offices of Mathew Higbee have defamed or libled Expungement Assistance Services.

## FIRST CAUSE OF ACTION

### (Unfair Competition and Business Practices)

10.     Plaintiffs incorporate the allegations in paragraphs 1 through 9 above as though fully set forth herein.

11.     This is an action for unfair business practices under The Unfair Practices Act, Bus. & Prof. Code, §§ 17200, *et seq.*

12.     The Defendant has engaged in unlawful, unfair and fraudulent business practices and damaged the public and Plaintiff through the conduct alleged in paragraphs 1 through 9 of the Complaint.

WHEREFORE, Plaintiffs demand relief in their favor and against Defendants as follows:

(a)     That temporary and permanent injunctions be entered in their favor and against Defendant, and any company or entity in which they have an ownership or beneficial interest, temporarily and permanently restraining and enjoining them, directly or indirectly, on their own or as a partner, shareholder or employee from (i) operating the website known as www.clearmyrecord.com or any other website that attempts to offer criminal record clearing services, including expungements, record sealing, pardons, clemency, setting asides and dismissals.

1     (b)     That Plaintiffs be awarded such other legal and equitable further

2  relief as is just and proper including punitive damages for Defendant's willful, malicious

3  and fraudulent conduct.

4     (c)     That Plaintiffs be awarded attorneys fees.

5

6                    ## SECOND CAUSE OF ACTION

7                    ### (Interference With Economic Advantage)

8     13.     Plaintiffs re-allege the allegations contained in paragraphs 1 through

9  9 above, as if set forth fully herein.

10     14.     This is an action by Plaintiffs against Defendant, for wrongful

11  interference with economic advantage.

12     15.     Expungement Assistance Services were aware that Plaintiffs entered

13  into agreements with various attorneys and a provider of web site hosting services.   By

14  making false accusations to the attorneys and the provider of web site hosting services,

15  Expungement Assistance Services intentionally interfered and disrupted the contractual

16  relationship of the Law Offices of Mathew Higbee.

17     16.     As a result of this interference, Plaintiffs have been damaged.

18     WHEREFORE, Plaintiffs demand relief in their favor and against

19  Expungement Assistance Services as follows:

20     (a)     That temporary and permanent injunctions be entered in their favor

21  and against Expungement Assistance Services and any company or entity in which they

22  have an ownership or beneficial interest, temporarily and permanently restraining and

23  enjoining them, directly or indirectly, on their own or as a partner, shareholder or

24  employee from: (i) contacting attorneys who contract with Law Offices of Mathew

25  Higbee; (ii) contacting vendors who provide services to Law Offices of Mathew Higbee.

26     (b)     That Plaintiffs be awarded such other legal and equitable further

27  relief as is just and proper including punitive damages for Expungement Assistance

28  Services willful, malicious and fraudulent conduct.

1          (c)     That Plaintiffs be awarded attorneys fees.

2

3 **PRAYER FOR RELIEF**

4 **(For First Cause of Action)**

5          WHEREFORE, Plaintiffs demand relief in their favor and against Defendant

6 as follows:

7          (a)     That temporary and permanent injunctions be entered in their favor

8 and against Defendants, and any company or entity in which they have an ownership or

9 beneficial interest, temporarily and permanently restraining and enjoining them, directly

10 or indirectly, on their own or as a partner, shareholder or employee from: (i) operating the

11 website known as www.clearmyrecord.com or any other website that attempts to offer

12 criminal record clearing services, including expungements, record sealing, pardons,

13 clemency, setting asides and dismissals.

14

15 **PRAYER FOR RELIEF**

16 **(For Second Cause of Action)**

17          WHEREFORE, Plaintiffs demand relief in their favor and against

18 Expungement Assistance Services as follows:

19          (a)     That temporary and permanent injunctions be entered in their favor

20 and against Expungement Assistance Services and any company or entity in which they

21 have an ownership or beneficial interest, temporarily and permanently restraining and

22 enjoining them, directly or indirectly, on their own or as a partner, shareholder or

23 employee from: (i) contacting attorneys who contract with Law Offices of Mathew

24 Higbee; (ii) contacting vendors who provide services to Law Offices of Mathew Higbee.

25          (b)     That Plaintiffs be awarded such other legal and equitable further

26 relief as is just and proper including punitive damages for Expungement Assistance

27 Services willful, malicious and fraudulent conduct.

28          (c)     That Plaintiffs be awarded attorneys fees.

5

1

2

3

4    DATED:   January 6, 2009

5                                        MATHEW HIGBEE
                                         LAW OFFICE OF MATHEW HIGBEE
6

7                                        By
8                                        Mathew Higbee
                                         Attorney for Plaintiffs
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

6

COMPLAINT

**EXHIBIT B**

# SUMMONS
## *(CITACION JUDICIAL)*

SUM-100

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Brian Poe
Expungement Assistance Services, a Kentucky Corporation
523 Wellington Way - Lexington, KY 40503

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Law Offices of Mathew K. Higbee
1901 Newport Blvd, Suite 350 Costa Mesa, CA 92627

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br><br>Superior Court of California - Orange County<br>700 Civic Center Drive West - Santa Ana, CA 92701 | CASE NUMBER<br>*(Número del Caso):*<br><br>00116928 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Mathew K. Higbee - 1901 Newport Blvd, Suite 350 Costa Mesa, CA 92627  714-361-1967

| DATE:<br>*(Fecha)* | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☑ on behalf of *(specify):*

    under: ☑ CCP 416.10 (corporation)
    ☐ CCP 416.20 (defunct corporation)
    ☐ CCP 416.40 (association or partnership)
    ☐ CCP 416.60 (minor)
    ☐ CCP 416.70 (conservatee)
    ☐ CCP 416.90 (authorized person)
    ☐ other *(specify):*
4. ☑ by personal delivery on *(date):*

[SEAL]

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

**EXHIBIT C**

5/29/2009                                  California Business Search

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of MAY 22, 2009 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| LAW OFFICES OF MATHEW K. HIGBEE | | |
| **Number:** C2972583 | **Date Filed:** 2/2/2007 | **Status:** active |
| **Jurisdiction:** California | | |
| Address | | |
| 1901 NEWPORT BLVD | | |
| SUITE 350 | | |
| COSTA MESA, CA 92627 | | |
| Agent for Service of Process | | |
| MATHEW K HIGBEE | | |
| 1901 NEWPORT BLVD | | |
| SUITE 350 | | |
| COSTA MESA, CA 92627 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT D

5/29/2009                                    Division of Corporations - Online Servi...

Delaware.gov | Text Only                          Governor | General Assembly | Courts | Elected Officials | State Agencies

RAINBOW | PHOTO BY STEVEN LONG

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New
Business Entity
Certifications, Apostilles
& Authentication of
Documents

Frequently Asked Questions    View Search Results

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 4214482 | Incorporation Date / Formation Date: | 09/05/2006 (mm/dd/yyyy) |
| Entity Name: | **EXPUNGEMENT ASSISTANCE SERVICES, INC.** | | |
| Entity Kind: | **CORPORATION** | Entity Type: | **GENERAL** |
| Residency: | **DOMESTIC** | State: | **DE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **AGENTS AND CORPORATIONS, INC.** | | |
| Address: | **1201 ORANGE STREET, SUITE 600 ONE COMMERCE CENTER** | | |
| City: | **WILMINGTON** | County: | **NEW CASTLE** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **(302)575-0873** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information  [ Submit ]

[ Back to Entity Search ]

To contact a Delaware Online Agent click here.

---

site map  |  about this site  |  contact us  |  translate  |  delaware.gov

https://sos-res.state.de.us/tin/controller                                             1/1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing

**NOTICE OF REMOVAL** on:

Mathew Higbee, Esq.
Law Offices of Mathew Higbee
1901 Newport Blvd ste 350
Costa Mesa. CA 92627
Fax: (866)-534-7049
Attorney for Plaintiff

by the following indicated method or methods:

    X by **mailing** a full, true and correct copy thereof in a sealed, first-class postage paid envelope, and addressed to the attorney as shown above, the last-known office address of the attorney, and deposited with the United States Postal Service at Los Angeles , California on the date set forth below.

    _ by causing a full, true and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

    _by sending a full, true and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last known office address of the attorney, on the date set forth below.

    _by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

Dated this  3  th day of JUNE, 2009

                         YOONJU KIM, CA SBN:249415
                           PHONE 213-381-6100
                           Attorney for Defendant
EXPUNGEMENT ASSISTANCE SERVICES, INC.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

Law Offices of Mathew Higbee

**DEFENDANTS**

Expungement Assistance services,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Attorneys (If Known)

Law Offices of Kenneth Chong
3600 Wilshire Blvd #1210
Los Angeles CA 90010

---

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

---

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

---

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**

---

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

(1) interference with Economic Advantage   and  (2) Unfair competition and Business Practice

---

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☒ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability ☐ 290 All Other Real Property | ☐ 290 All Other Real Property | ☐ 463 Habeas Corpus-Alien Detainee ☐ 465 Other Immigration Actions | | |

SACV09 -651 MLG

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                   ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                   ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                   ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| ORANGE | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Kentucky |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | kentucky |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _~~~~_   Date _6/4/09_
                                              _Attorney for Defendant_

   **Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |